# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of March, two thousand twenty-five.

_____

| | |
|---|---|
| Thomas Schansman, individually, as surviving parent of Quinn Lucas Schansman, and as the as legal guardian on behalf of X.S., a minor., Catharina Teunissen, individually and as the surviving parent and personal representative of the Estate of Quinn Lucas Schansman, Nerissa Schansman, as surviving sibling of Quinn Lucas Schansman, Xander Schansman, individually, as a surviving Sibling of Quinn Lucas Schansman, | **ORDER**<br><br>Docket No: 22-3097 |

      Plaintiffs - Appellees,

v.

Sberbank of Russia PJSC,

      Defendant - Appellant,

Western Union Company, Western Union Financial Services, Inc., Moneygram International, Inc, Moneygram Payment Systems, Inc., VTB Bank PJSC,

      Defendants.

_____

Appellant Sberbank of Russia PJSC has filed a petition for rehearing *en banc*. The active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk